AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
SIERRA MESSER

**EXHIBIT AND WITNESS LIST**

Case Number: 3:15-CR-138

| PRESIDING JUDGE<br>Bruce Guyton, U.S. Magistrate Judge | PLAINTIFF'S ATTORNEY<br>Matthew Morris | DEFENDANT'S ATTORNEY<br>Paula Voss |
|---|---|---|
| TRIAL DATE (S)<br>October 15, 2015 (Detention Hearing) | COURT REPORTER<br>Jolene Owen / ECRO | COURTROOM DEPUTY<br>Mallory Maurer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/15/2015 | | | Tom Evans. |
| W | | 10/15/2015 | | | Linda Messer. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

Case 3:15-cr-00138-TAV-HBG   Document 12   Filed 10/15/15   Page 1 of 1   PageID #: 110