5-13-20

① 

Your Honor Sir Judge T. Varlan,
or whom it may concern,

    To start, I'm not sure whom I'm to speak with on this matter or how to properly and professionaly write to a judge or higher ups. If you'd so kindly as to forgive my improper and sloppy handwritting.

    I'm writting in regards to I geuss my case. I'm trying to get approved for video visits with friends and family. They won't allow me to have them here because of my charges. But, I'm allowed computer access for law library, emailing staff, truelinks for music well everything minus emailing the outside and video visits.

    I've been locked up for 4 years now, 2 of them I've been here. And have only gotten into trouble once. I got a miner count shot because the officer believed me to be messing around at court which wasn't the case my hair as long as it is was caught on something. Other then that I've been a rather good girl. No trouble no problems.

    Untill the lockdown I've also been programing as well. Even took a parenting class to learn how to bee a good parent (from prison) but, can be used outside as well. Yes, I know I have no →

children. But, maybe one day I might. Or I can give my knowlage of proper care of children to others.

My main goal in life is to serve God (the Holiness way) and to show the world I'm not the same 21-year-old, scared manipulated, controled little girl I was 4 years ago. And when I get out I'd like to be apart of or send money to an assosiation to help protect children.

I wish ya'll could see this change in me sir. I want to show the world I'm <u>not</u> a "chomo" pedifile. Yes, 4 years ago I believed there was nothing wrong with someone downloading porn as long as you yarself was not doing it or making it. I know know how wrong I was.

I'm glad I got locked up. I hate it, It's depressing and most everyone is very mean to me officers and prisoners alike. But, I'd go through all this again just to have this wonderful change in myself. And to experiance seeing and being apart of changes in others and even preventing a few people from suiside in county jail. <u>So yes, thank you your honour that I ever got locked up.</u> Yes, like everyone else I want a <u>second chance</u> at life. But, that's

Case 3:15-cr-00138-TAV-HBG Document 47 Filed 05/20/20 Page 2 of 8 PageID #: 857

(2)

to ask to be approved for emailing and video visits or just video visits. Your honour there are so many desasters out there right now murder Hornets, mistery illnesses in children, and Covid-19 the coronavirus. And alot of my family is asmatic and diabetic both making them high chances of the corona, so am I. I'm asmatic.

All I keep thanking of is what if this my last chance to see my family. And I cry myself to sleep alot. I even just learned one of my twin nephews is atistic. Yes, I want to be out there to help with and to protect my neice and nephews. With my own life if ever need be. But, I'm stuck here. Please Sir, I just want to see my mom and grandma again. My grandma is high risk for the coronavirus. I'm scared I'm gonna loose her while in here and not be able to even say goodbye..

How do I get approved for video visits? How do I show the world I'm not my father I'm not a pedifile. How?

There are inmates here whom have worse charges then mine, with kids directly apart of their cases and they have it and can work for UNICOR but, I can't. I don't get it

I'd jump from an airplain with a broken parashoot if it were to show the world I'm not a pedifile. I'd take any and ALL tests to prove it. God knows I'm not.

Just one chance your honour is all I'm asking for. Please Help me? Send me in the right direction to get approved for video visits.

I hope and pray you and your family are safe from the coronavirus.

I look forward to a reply. Thank you for your time and reply.

~Inmate: Sierra D.H. Messer
48770-074

P.O. Box 5000
FCI Tallahassee
Tallahassee, FL 32314

P.S.
I've also inclosed a letter of sinser appolagies to all the victims of the downloaded photos.

Please excuse me if'n you don't believe in the Bible. I've used 4 references from it to help my own words. Because I couldn't properly put them into my own.

5-13-20

<u>This goes out to all children/people I've hurt.</u> I've said it once I'll say it again. I'm truly truly sorry I hurt you and that you were ever harmed by anyone. It isn't right. I'd gladly spend a life time behind bars if'n it'd lessoned your pain at all. Even take the chair.

But, with my own experiances as a child from ages 7 to 21. I can relate to you all. I to was a victium. Many times over. But, I've also learned to not see myself as a victium but a survivor. I'm stronger today then I was yesterday.

The Bible says in <u>Matthew 10:31</u> ~ KJV Fear ye not therefore, ye are of more value than many sparrows.

<u>Revelation 21:4</u> says ~ KJV And <u>God shall wipe away all tears</u> from their eyes; and there shall <u>be no more death, neither sorrow, nor crying</u> neither shall there be any more <u>pain</u>: for the former things <u>are passed away</u>.

I strongly believe in those two verses all of you have so much value and we can't allow the pain and sorrows of yesterday hurt us and drag us on and control our today and tomorrows. We can only allow it to strenghthen us. To build from it.

is over, Today is now, and Tomorrow is always there.
  Meaning what happend yesterday is in the past for a reason. We must only grow and learn and strenghthen from it.
  Because if we live in the past, we will never have a wonderful, peaceful future. I'm so deeply sorry for what your past did to you. I'm sorry for your pain and suffering. If I could take it all apone my own shoulders so you all could live finally at peace, I would in a heart beat. But, only you and your God can take your pain away.
  I've learned to move on and forgiven the ones whom hurt me (~~you~~). I pray you can do the same one day. Tomorrow is our new beginning. A new day.
  But, I am not asking you to just forget and move on. I'm only saying <u>I'm sorry</u> you ever knew such horrible pain and suffering. No one ever should. No one. I'm sorry I was part of your pain.

May the Lord bless you and keep you
May He make his face shine upon you
May He lift up his countenance upon you
and give you so much peace - Amen
    (Numbers 6:24-26)

Rev 22:21; The grace of our Lord Jesus Christ be with you all - Amen

always - S. Messer



Sierra Messer 48770-074
P.O. Box 5000
FCI Tallahassee
Tallahassee, FL 32314

INSPECTED

Judge Thomas Varlan
800 Market St, Suit 130
Knox, TN 37902

RECEIVED
MAY 20 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville



Legal mail

I hope you find this letter in your hands soon.