UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CR-138-TAV-HBG-1 |
| SIERRA DANIELLE MESSER, | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION AND ORDER**

This criminal action is before the Court on defendant's *pro se* motion for the Court to order the Bureau of Prisons ("BOP") to allow her to have video visitation with her friends and family [Doc. 48].

"[T]he BOP has the authority to limit family visitation if it perceives a potential threat to the security of the institution." *Stapelton v. Patton*, 07-cv-99, 2007 WL 3124713, at *3 (E.D. Ky. Oct. 24, 2007). Defendant is currently housed at the Tallahassee Federal Correctional Institution ("FCI"). Inmate Locator, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited May 12, 2021). Although the BOP previously cancelled visitation at its facilities in light of the COVID-19 pandemic, see *Wilson v. Williams*, 961 F.3d 829, 841 (6th Cir. 2020), the BOP's website indicates that, beginning November 7, 2020, Tallahassee FCI resumed in-person visitation with some restrictions Special Visiting Schedule & Procedures, FCI Tallahassee, Federal Bureau

of Prisons, https://www.bop.gov/locations/institutions/tal/TAL_modified_visit_plan.pdf/ (last visited May 12, 2021).

Defendant does not argue that other inmates are provided with access to virtual visitations, nor does she allege that FCI Tallahassee even has the ability to provide for virtual visitations. Given these facts and given defendant's access to limited in-person visitation, defendant's motion for video visitation [Doc. 48] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
